UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JAMES M. FLINN, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JOHN K. BLACKWOOD, et al., )<br>    Defendants. ) | No. 3:08-CV-218<br>(Phillips) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the show cause order issued to plaintiff to show cause why defendants Andrew Corbitt, Jason Halliburton and William Stinnett should not be dismissed from this action. For the reasons stated in the memorandum opinion filed this date by the Honorable Thomas W. Phillips, United States District Judge,

**IT IS ORDERED AND ADJUDGED** that the plaintiff James M. Flinn take nothing, and that the action be **DISMISSED WITH PREJUDICE** on the merits.

Dated at Knoxville, Tennessee, this _____ day of July, 2009.

                                                  s/ Patricia L. McNutt
                                                Clerk of Court